IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CXT SYSTEMS, INC.,<br>　　　　*Plaintiff*,<br><br>　　v.<br><br>ADVANCE AUTO PARTS, INC., and E-ADVANCE, LLC,<br>　　　　*Defendant* | § § § § § § § § § § | Case No. 2:21-cv-00094-JRG-RSP<br>(LEAD CASE) |
| COSTCO WHOLESALE CORPORATION,<br>　　　　*Defendant*. | § § § § | Case No. 2:21-cv-00095-JRG-RSP<br>(MEMBER CASE) |

## ORDER

Before the Court is Plaintiff CXT Systems, Inc. and Defendant Costco Wholesale Corporation's Joint Motion to Dismiss with Prejudice in the above-captioned case pursuant to Federal Rule of Civil Procedure 41(a)(2). (Dkt. No. 88.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that all claims and causes of action asserted by CXT against Costco are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that all attorneys' fees, costs of court and expenses be borne by each party incurring the same.

The Clerk of the Court is directed to **CLOSE** Case No. 2:21-cv-00095-JRG-RSP and **MAINTAIN AS OPEN** Case No. 2:21-cv-00094-JRG-RSP as other consolidated defendants remain.

**So ORDERED and SIGNED this 14th day of December, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE